DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY EWERS, GERRI McGIGHAN-LUKENS,
OXYLIFE RESPIRATORY SERVICES, LLC,**
an Ohio limited liability company**,**
Appellants,

v.

**SCOTT HERMAN** and **CRAIG COOPER**
directly and derivatively, on behalf of
**OXYLIFE RESPIRATORY SERVICES, LLC,**
an Ohio limited company,
Appellees.

No. 4D17-2608

[March 1, 2018]

Appeal from a non-final order the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Joseph Murphy, Judge; L.T. Case No. 2017CA012896CE.

David A. Fifner of Cameron, Hodges, Coleman, LaPointe & Wright, Orlando, and Virgil W. Wright, III, Ocala, for appellants.

Daniel M. Samson, B.C.S. of Samson Appellate Law, Miami, and Derek R. Young of Kaplan, Young & Moll Parrón, PLLC, Miami, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***